173 P.3d 1021

**STATE of Arizona**

v.

**Ricky Lee SABIN.**

**No. CR–07–0182–PR.**

Supreme Court of Arizona.

Oct. 30, 2007.

ORDERED: Petition for Review to the Arizona Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

■

173 P.3d 1021

**STATE of Arizona**

v.

**Troy Richard MOSS.**

**No. CR–07–0196–PR.**

Supreme Court of Arizona.

Nov. 29, 2007.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

■

173 P.3d 1021

**STATE of Arizona**

v.

**Richard D. BROWN.**

**No. CR–07–0236–PR.**

Supreme Court of Arizona.

Nov. 29, 2007.

ORDERED: Petition for Review = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.